# In the United States Court of Federal Claims

No. 13-353 T

(Filed September 18, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
J.J. POWELL, INC.,                    \*
                                      \*
       *Plaintiff*,              \*
                                      \*
   v.                                \*
                                      \*
THE UNITED STATES,                    \*
                                      \*
       *Defendant*.             \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On September 18, 2013, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including October 21, 2013, within which to file a response to the complaint in this matter. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                               s/Lynn J. Bush
                                               LYNN J. BUSH
                                               Judge