# In the United States Court of Federal Claims

No. 13-353 T

(Filed October 17, 2013)

```
* * * * * * * * * * * * * * * * * * * *
J.J. POWELL, INC.,                    *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 16, 2013, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including November 20, 2013, within which to file a response to the complaint in this matter. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                                     s/Lynn J. Bush
                                                     LYNN J. BUSH
                                                     Judge