# In the United States Court of Federal Claims

No. 13-353 T

(Filed November 21, 2013)

```
* * * * * * * * * * * * * * * * * * * *
J.J. POWELL, INC.,                    *
                                      *
              Plaintiff,              *
                                      *
       v.                             *
                                      *
THE UNITED STATES,                    *
                                      *
              Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On November 20, 2013, defendant filed an unopposed Motion for Enlargement of Time of seven days, to and including November 27, 2013, within which to file a response to the complaint in this matter. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush<br>
LYNN J. BUSH<br>
Senior Judge